Bryan Espinoza

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Bryan Espinoza )<br>*Plaintiff/Petitioner* )<br>v. )<br>Federal Bureau of Investigations & )<br>Central Intelligence Agency (EEOC) )<br>*Defendant/Respondent* ) | Civil Action No.<br>21 CV 4749 (WFK) (LB) |

**RECEIVED DEC 22 2021 PRO SE OFFICE**

ORIGINAL

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a (plaintiff) or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

   Principal Founding Architect, Entrepreneur Seeking Employment in Discrimination and In Deprivation of Rights Under Color of Law.

My gross pay or wages are: $ MIN. $100/hr_____, and my take-home pay or wages are: $ N/A_____ per (specify pay period) N/A_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

   (a) Business, profession, or other self-employment      ' Yes      ' No
   (b) Rent payments, interest, or dividends              ' Yes      ' No
   (c) Pension, annuity, or life insurance payments       ' Yes      ' No
   (d) Disability, or worker's compensation payments     '(Yes)     ' No
   (e) Gifts, or inheritances                             '(Yes)     ' No
   (f) Any other sources                                  ' Yes      ' No

   If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

   ⊖ Department of Labor Pandemic Assistance ended in September. 2021.
   ⊖ $700 since September borrowed from family.

4. Amount of money that I have in cash or in a checking or savings account: $ 42.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

No property; but a Start-up interest and LLC in GreatlyObserved.com

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Yes, min. $2500 of monthly payments. Currently, in discrimination and deprivation; therefore this Appeal is being filed Informa Pauperis

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Navient Student Loans: $110,000
Discover - $5,500.00
Barclays Card - $2,400.00
American Express - $2,000.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12/22/21

_____
Applicant's signature

Bryan Espinoza
Printed name

By: Bryan Espinoza (Plaintiff)

Architect-Founder (Licensure Candidate)

GreatlyObserved.com

Mailing Address: 733 Grand St.

(Apt. 2R, 3R, Ground Fl)

Brooklyn, NY, 11211

Email: Espinoza.Bry8@gmail.com

Tel: (631) 702-0232

To: Federal Agencies for Kings County

(Federal Bureau of Investigations

& Central Intelligence Agency)

Federal Court House

225 Cadman Plaza East

Brooklyn, New York 11201

Tel: (718) 613-2600